UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rahim Abdullah (SCDC #220802), | ) | C/A No. 0:17-2855-DCN-PJG |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER GRANTING DEFENDANTS GAVIN, PRESSLEY, AND HUDSON'S MOTION TO TAKE PLAINTIFF'S DEPOSITION** |
| Lt. Gavin, Lt. Pressley, Officer Hudson, | ) ) | |
| Defendants. | ) ) | |

It appearing that the Defendants seek to take the deposition of Rahim Abdullah (SCDC #220802), the *pro se* Plaintiff in the above case; and it appearing further that the Plaintiff is incarcerated at Lee Correctional Institution; and it appearing further that Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires that a party must obtain leave of Court if the person to be examined is confined in prison; and it appearing that the named Plaintiff has filed suit in the District Court of South Carolina seeking damages allegedly resulting from the actions and/or inactions of the Defendants while the named Plaintiff was incarcerated at the Kirkland Correctional Institution.

IT IS SO ORDERED, upon Defendants' Motion, that leave of Court is granted for the deposition of Rahim Abdullah (SCDC #220802), in accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED..

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

May 1, 2018
Columbia, South Carolina

1